# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:21CR00258-02 BRW |
| | ) | |
| CYNTHIA THOMPSON | ) | |

## MOTION TO RECALL WARRANT AND ISSUE SUMMONS

The United States of America, through Jonathan D. Ross, United States Attorney for the Eastern District of Arkansas, and Julie Peters, Assistant U.S. Attorney for said district, respectfully requests that this Court dismiss the pending arrest warrant and issue a summons to appear for initial appearance.

The United States filed an indictment under seal on October 6, 2021, requesting warrants be issued for both defendants in this case. The United States is requesting the warrant issued for Cynthia Thompson be recalled and a summons issued for her initial appearance.

**WHEREFORE**, the United States respectfully requests that its motion to recall the warrant issued for Cynthia Thompson and a summons issued be granted.

Respectfully submitted,

JONATHAN D. ROSS
United States Attorney

JULIE PETERS
Bar No. AR2000109
Assistant United States Attorney
P.O. Box 1229
Little Rock, AR 72203
(501) 340-2618

1

julie.peters@usdoj.gov@usdoj.gov