# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                     **PLAINTIFF**

**v.**                             **No. 4:21-CR-00258-02 BRW**

**CYNTHIA THOMPSON**                                             **DEFENDANT**

## GENERAL CRIMINAL SCHEDULING ORDER

The Court orders the following schedule to move this case forward fairly and efficiently to a prompt resolution.

- **Sixty Days Before Trial Date—Government Experts**

  - If the defendant requests, the United States must provide the written summary about expert testimony required by FEDERAL RULE OF CRIMINAL PROCEDURE 16(a)(1)(G).

- **Thirty Days Before Trial Date—Defense Experts**

  - If the Government requests, the defendant must provide the written summary about expert testimony required by FEDERAL RULE OF CRIMINAL PROCEDURE 16(b)(1)(C).

- **Thirty Days Before Trial Date**—File a Joint Report answering these questions:

  - Is this case ready for trial or a plea?

  - If trial-ready, how many six-hour days are needed?

- o   If a party intends to seek a continuance, how long a delay will be requested and why?

- **Twenty-One Days Before Trial Date**

  - o   In trial-ready cases:

    1.   File any pre-trial motions.  A response to any motion is due seven calendar days after the motion is filed; and

    2.   File notice of submitting proposed jury instructions to chambers.  Focus on and submit only elements instructions, citing models and authority; the Court will use standard introductory and closing instructions.

  - o   In cases that are not trial-ready or where a guilty plea will be offered, do one of two things:

    1.   Get a plea date set with chambers **and** submit the proposed plea agreement to chambers; or

    2.   File a motion for continuance.

So Ordered.


Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

November 30, 2022