UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) | No. 4:21-CR-00258-02 BRW |
| | ) | |
| | ) | |
| CYNTHIA THOMPSON | ) | DEFENDANT |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE**

Cynthia Thompson, the Defendant, by and through her attorney, KenDrell D. Collins, and for this Motion to Continue, states:

1. This case is set for trial on January 31, 2023, at 9:30 a.m.

2. Ms. Thompson is set for a Change of Plea Hearing on Wednesday, February 1, 2023, at 2:00 p.m. Since this hearing date is outside of the current trial date a continuance is needed.

3. Under the 18 U.S.C. § 3161(h)(7)(B) factors, the requested continuance serves the ends of justice and outweighs the interest in a speedy trial. The trial date is less than thirty (30) days away and failure to grant the continuance would deny Ms. Thompson the ability to resolve her case as desired. Accordingly, a miscarriage of justice would result in the absence of a continuance.

4. Defense counsel respectfully requests that the Court grant a continuance long enough to allow for her change of plea hearing to take place, and hereby certifies that this Motion is brought in good faith, and not for the purpose of delay or any other improper purpose.

5.      The additional time occasioned by the Court's granting of this Motion is excludable under the Speedy Trial Act.

6.      Defense counsel has contacted Assistant U.S. Attorney Julie Peters who has indicated that the Government has no opposition to our request that this case be continued as long as time is excluded.

WHEREFORE, the Defendant, Cynthia Thompson, respectfully requests that this Court grant her Motion to Continue and for all other just and appropriate relief.

Respectfully submitted,

LISA G. PETERS  
FEDERAL DEFENDER

By:   KenDrell D. Collins  
Bar Number 2019040  
Assistant Federal Defender  
The Victory Building, Suite 490  
1401 West Capitol Avenue  
Little Rock, AR 72201  
(501) 324-6113  
E-mail: KenDrell_Collins@fd.org

For:   Cynthia Thompson, Defendant