# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**

**VS.**                          **CASE NO**. 4:21CR00258-02 - BRW

**CYNTHIA THOMPSON**

## ORDER

Defendant's unopposed Motion for Continuance (Doc. No. 43) is GRANTED for reasons set in the motion to continue. The trial which is currently on the Court's trial docket for Tuesday, January 31, 2023, is now rescheduled to begin on **Tuesday, March 28, 2023 at 9:30 a.m.** Any delay in commencing the trial of this case occasioned by the continuance ordered herein is excludable under the provision of the Speedy Trial Act, as provided by 18 U.S.C. § 3161(h)(7)(A).

Pursuant to General Order No. 54, defendant's lawyer KenDrell D. Collins, is authorized to bring electronic devices to the courthouse for this proceeding.

IT IS SO ORDERED THIS 18th day of January, 2023.

                                                       Billy Roy Wilson
                                UNITED STATES DISTRICT JUDGE